Shawn T. Welch, #7113
Emily C. Schilling, #15331
Chelsea J. Davis, #16436
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
stwelch@hollandhart.com
ecschilling@hollandhart.com
cjdavis@hollandhart.com
*Attorneys for Intervenor-Respondent*
*Berry Petroleum Company, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, a non-profit corporation,<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the United States, et al.,<br><br>Respondents/Defendants,<br><br>and<br><br>BERRY PETROLEUM COMPANY, LLC, a Delaware limited liability company,<br><br>Intervenor-Respondent. | **BERRY PETROLEUM COMPANY, LLC'S SUR-REPLY TO PETITIONER'S REPLY BRIEF (DKT. NO. 121)**<br><br>Civil Action No. 2:14-cv-00349-DN<br><br>Judge David Nuffer |

Intervenor-Respondent Berry Petroleum Company, LLC ("Berry Petroleum"), by and through counsel Holland & Hart LLP, respectfully submits this sur-reply to address arguments raised for the first time in Petitioner WildEarth Guardian's ("WEG") Reply Brief, Dkt. No. 121.

In its Reply Brief, WEG raises, for the first time, an argument that the Forest Service's approval of Surface Use Plans of Operation ("SUPOs") consistent with the Master Development Plan for the South Unit, which is at the heart of WEG's challenge in this case, violates the public participation requirements of the National Environmental Policy Act ("NEPA").  Dkt No. 121, at 3–9.  As set forth in the Federal Respondents' Sur-Reply to Reply Brief of Petitioner ("Federal Respondents' Sur-Reply"), these arguments are without merit.  *See* Dkt. No. 133.  In the interest of brevity, Berry Petroleum incorporates by reference the arguments and reasons set forth in the Federal Respondents' Sur-Reply.

For the reasons set forth above, and in the Federal Respondents' Sur-Reply, this Court should reject WEG's belated and meritless arguments regarding the approval of SUPOs consistent with the Master Development Plan for the South Unit.

RESPECTFULLY SUBMITTED this 11th day of July, 2018.

HOLLAND & HART LLP

*/s/ Chelsea J. Davis*
Chelsea J. Davis
Shawn T. Welch
Emily C. Schilling
*Attorneys for Intervenor-Respondent Berry Petroleum Company, LLC*

## CERTIFICATE OF SERVICE

  I certify that on July 11, 2018, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will provide notice of the same to counsel of record.

                   */s/ Chelsea J. Davis*